

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714)338-4750

Date 12/3/15

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951)328-4450

**KIRY K. GRAY**
Clerk of Court

☐  U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227
Telephone: (202) 485-6400
Fax: (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

☒  Immigration and Customs Enforcement -DRO
300 North Los Angeles Street, Room 7631
Los Angeles, CA 90012

Re: Unclaimed Passport

Dear Sir/Madam,

The following passport was surrendered to this court as a condition of release for the individual listed below. The bond has subsequently been exonerated, and we have unsuccessfully attempted to return the passport to the respective defendant. Therefore, we are returning the passport to your office.

| **Case Number** | **First and Last Name** | **Passport Number (last 4 digits)** |
|---|---|---|
| MG 929 | Carmen Sofia Arias | |

Sincerely,

Clerk, U.S. District Court

By Janet Aghbolaghi
Deputy Clerk

------------------------------------------------------------------------

Acknowledgment of Receipt

Please verify receipt of the passport listed above and sign and return a copy of this letter to our office acknowledging the same.

_____
Date Received

_____
Signature

_____
Print Name

G-125 (10/15)                     **LETTER TRANSMITTING UNCLAIMED PASSPORT**